UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  08-14148-CIV-MARTINEZ-LYNCH

CYNTHIA HANEY, LINDA HANEY,
SHERRIE HANEY, and SHERMAN
WALTER,

    Plaintiffs,

vs.

OFFICE OF PERSONEL MANAGEMENT,

    Defendant.
_____/

## ORDER DENYING PLAINTIFFS' MOTION FOR APPEARANCE OF SHERRIE HANEY

This CAUSE came before the Court upon Plaintiffs' Motion for Appearance of Sherrie Haney **(D.E. No. 15)**, which was filed on June 30, 2008.  The Court entered an Order Dismissing the Plaintiffs' Amended Complaint for lack of subject matter jurisdiction on June 26, 2008 and directing the Clerk of the Court to close the case.  (D.E. No. 14).  That Order advised the Plaintiffs that any Complaint seeking judicial review of the Defendant's actions would need to be filed in the United States Court of Appeals for the Federal Circuit.  For the reasons detailed in the Court's Order of June 26, 2008 (D.E. No. 14), it is:

**ORDERED and ADJUDGED** that

Plaintiffs' Motion for Appearance of Sherrie Haney **(D.E. No. 15)** is **DENIED** and this case remains **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, July 8, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

-2-

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record